1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HOLLOWAY aka Auturio Frazier, | Case No.: ED CV 18-773-DMG (SHKx) |
| Plaintiff, | **ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) [19]** |
| v. | |
| SELECT PORTFOLIO SERVICING, INC.; U.S. BANK, N.A.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Court having considered the *Stipulation for Dismissal With Prejudice* (the "Stipulation") entered into by and between *Plaintiff* DENISE HOLLOWAY aka Auturio Frazier ("Plaintiff") and *Defendants* SELECT PORTFOLIO SERVICING, INC. ("SPS") and U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2006-AR5 (erroneously sued as "U.S. Bank, N.A.") ("U.S. Bank" and collectively with SPS, the "Defendants"), and good cause appearing therefor,

1

1     **IT IS ORDERED** that the Stipulation is **APPROVED**.

2     **IT IS FURTHER ORDERED** that the In-Chambers – Order Re Defendant's

3 Motion to Dismiss [Doc. No. 18] entered on June 25, 2018 is vacated and superseded

4 by this Order.

5     **IT IS FURTHER ORDERED** that the First Amended Complaint is hereby

6 dismissed *with prejudice* as to Defendants.

7     **IT IS FURTHER ORDERED** that the Parties shall bear their own fees and

8 costs, including all attorneys' fees, incurred in connection with this action.

9     **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the

10 purpose of enforcing the terms of the settlement agreement entered into between the

11 Parties.

12     **IT IS SO ORDERED**.

13

14 DATED: July 19, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28